**Opinion issued June 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00360-CV

_____

## IN RE DAVID DUCOTE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator David Ducote has filed a petition for writ of mandamus, requesting that we order the trial court to vacate its December 31, 2024 and April 28, 2025 orders to the extent that those orders do not apply Louisiana law in determining the validity of the Declaration of Paraphernality at issue in the case below.[1]

---

[1] The underlying case is *Jennifer Goff Ducote v. David Lester Ducote*, cause number 2024-06409, pending in the 507th District Court of Harris County, the Honorable Lillian Alexander presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.